AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

MARIO GOMEZ-CRUZ, JORGE VASQUEZ and ANGEL FLORES, on behalf of themselves and on behalf of all other similarly-situated persons )
)
*Plaintiff* )
) Civil Action No. CV 13 - 0766
v. )
PANZNER DEMOLITION AND CONTRACTING CORP., PANZNER DEMO & ABATEMENT CORP., TODD PANZNER, in his official and individual capacities, and KEITH PANZNER, in his official and individual capacities, )
)
*Defendant* )

## SUMMONS IN A CIVIL ACTION

BROWN, M. J.

To: *(Defendant's name and address)*   Keith Panzer
55 Saxon Avenue
Bayshore, NY 11706

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Douglas H. Wigdor
Thompson Wigdor LLP
85 Fifth Avenue
New York, NY 10003

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT   DOUGLAS C. PALMER

Date: FEB 11 2013

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

MARIO GOMEZ-CRUZ, JORGE VASQUEZ and
ANGEL FLORES, on behalf of themselves and
on behalf of all other similarly-situated persons )
)
)
*Plaintiff* )
)
v. ) Civil Action No. CV 13- 0768
PANZNER DEMOLITION AND CONTRACTING CORP., PANZNER )
DEMO & ABATEMENT CORP., TODD PANZNER, in his official and )
individual capacities, and KEITH PANZNER, in his official and individual capacities, )
)
*Defendant* )

BROWN, M.J.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Panzer Demolition and Contractive Corp.
55 Saxon Avenue
Bayshore, NY 11706

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Douglas H. Wigdor
Thompson Wigdor LLP
85 Fifth Avenue
New York, NY 10003

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
CLERK OF COURT

Date: FEB 11 2013

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

MARIO GOMEZ-CRUZ, JORGE VASQUEZ and ANGEL FLORES, on behalf of themselves and on behalf of all other similarly-situated persons )
)
*Plaintiff* )
) **CV 13-  0766**
v. ) Civil Action No.
PANZNER DEMOLITION AND CONTRACTING CORP., PANZNER )
DEMO & ABATEMENT CORP., TODD PANZNER, in his official and )
individual capacities, and KEITH PANZNER, in his official and individual capacities, )
)
*Defendant* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Todd Panzner
55 Saxon Avenue
Bayshore, NY 11706

BROWN, M. J.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Douglas H. Wigdor
Thompson Wigdor LLP
85 Fifth Avenue
New York, NY 10003

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
CLERK OF COURT

Date: FEB 11 2013

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

MARIO GOMEZ-CRUZ, JORGE VASQUEZ and ANGEL FLORES, on behalf of themselves and on behalf of all other similarly-situated persons

*Plaintiff*

v.

PANZNER DEMOLITION AND CONTRACTING CORP., PANZNER DEMO & ABATEMENT CORP., TODD PANZNER, in his official and individual capacities, and KEITH PANZNER, in his official and individual capacities,

*Defendant*

Civil Action No.

CV 13 - 0766

BROWN, M. J.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Panzer Demo & Abatement Corp.
55 Saxon Avenue
Bayshore, NY 11706

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Douglas H. Wigdor
Thompson Wigdor LLP
85 Fifth Avenue
New York, NY 10003

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
CLERK OF COURT

Date: FEB 1[...]

*Signature of Clerk or Deputy Clerk*