

# Thompson Wigdor LLP ATTORNEYS AND COUNSELORS AT LAW

85 Fifth Avenue
New York, NY 10003
Tel 212.257.6800
Fax 212.257.6845
www.thompsonwigdor.com

**David E. Gottlieb**
dgottlieb@thompsonwigdor.com

May 8, 2013

**VIA ECF**

The Honorable Leonard D. Wexler
Eastern District of New York
Long Island Federal Courthouse
944 Federal Plaza
Central Islip, NY 11722

       Re:    Gomez-Cruz *et al*. v. Panzner Demolition and Contracting Corp. *et al*.;
                  Case No. 2:13-cv-00766 (LDW)(GRB)

Dear Judge Wexler,

We represent Plaintiffs Mario Gomez-Cruz, Jorge Vasquez, and Angel Flores in the above-referenced matter and write pursuant to Your Honor's order dated May 1, 2013 directing the parties to submit a proposed briefing schedule for Plaintiff's motion for conditional certification. The parties have agreed upon and propose the following schedule:

| DATE | DEADLINE |
| --- | --- |
| June 4, 2013 | Plaintiffs' Motion for Conditional Certification |
| July 3, 2013 | Defendants' Opposition Papers |
| July 19, 2013 | Plaintiffs' Reply Papers |

We respectfully request that this briefing schedule be so-ordered by the Court.

Respectfully submitted,

David E. Gottlieb

cc:     Jonathan M. Kozak, Esq. (*via e-mail*)