**jackson|lewis**
Attorneys at Law

Representing Management Exclusively in Workplace Law and Related Litigation

Jackson Lewis LLP
58 South Service Road
Suite 410
Melville, New York 11747
Tel 631 247-0404
Fax 631 247-0417
www.jacksonlewis.com

| | | | |
|---|---|---|---|
| ALBANY, NY | DETROIT, MI | MINNEAPOLIS, MN | PORTSMOUTH, NH |
| ALBUQUERQUE, NM | GREENVILLE, SC | MORRISTOWN, NJ | PROVIDENCE, RI |
| ATLANTA, GA | HARTFORD, CT | NEW ORLEANS, LA | RALEIGH-DURHAM, NC |
| AUSTIN, TX | HOUSTON, TX | NEW YORK, NY | RICHMOND, VA |
| BALTIMORE, MD | INDIANAPOLIS, IN | NORFOLK, VA | SACRAMENTO, CA |
| BIRMINGHAM, AL | JACKSONVILLE, FL | OMAHA, NE | SAINT LOUIS, MO |
| BOSTON, MA | LAS VEGAS, NV | ORANGE COUNTY, CA | SAN DIEGO, CA |
| CHICAGO, IL | LONG ISLAND, NY | ORLANDO, FL | SAN FRANCISCO, CA |
| CINCINNATI, OH | LOS ANGELES, CA | PHILADELPHIA, PA | SEATTLE, WA |
| CLEVELAND, OH | MEMPHIS, TN | PHOENIX, AZ | STAMFORD, CT |
| DALLAS, TX | MIAMI, FL | PITTSBURGH, PA | WASHINGTON, DC REGION |
| DENVER, CO | MILWAUKEE, WI | PORTLAND, OR | WHITE PLAINS, NY |

MY DIRECT DIAL IS: 631-247-4655
MY EMAIL ADDRESS IS: GERALD.WATERS@JACKSONLEWIS.COM

June 24, 2013

**VIA ECF**
Honorable Gary R. Brown
United States Magistrate Judge
United States Courthouse
100 Federal Plaza
P.O. Box 9014
Central Islip, New York 11722

                    Re:    Mario Gomez-Cruz et al. v. Panzner
                           Demolition and Contracting Corp., et al.
                           Case No. 13-CV-766 (LDW) (GRB)

Dear Judge Brown:

        We represent Defendants in the above-referenced matter. We write jointly with Plaintiffs' counsel, after consultation with the Honorable District Judge Leonard D. Wexler's law clerk Anne Shields, to request this Court's guidance and assistance in finalizing a Stipulation and Proposed Order Regarding Conditional Certification (the "stipulation") in a Fair Labor Standards Act ("FLSA") matter.

        The parties have come to an agreement in principle, to stipulate to Plaintiffs proceeding in this matter as a collective action for the purpose of distributing a notice of pendency with instructions for consenting to join. Although a majority of the stipulated terms have been agreed upon, the parties are at an impasse concerning issues involving the wording, mailing and scope of the proposed notice.

        The parties request the Court's assistance in resolving these disagreements. The parties have agreed, subject to the Court's preference and approval, to either submit letter support for their respective positions, or participate in a telephonic or in-person conference, or both. If Your Honor requests letter support, we propose Plaintiffs first submit a letter, to which Defendants have four business days to respond.

        Lastly, if the stipulation cannot be finalized, Plaintiffs intend on proceeding to file a motion for conditional certification (for which a briefing schedule has already been approved by Judge Wexler). Given the current briefing schedule, the parties seek to determine whether a stipulation can be finalized, within the next two weeks.



Attorneys at Law

Honorable Gary R. Brown<br/>
United States Courthouse<br/>
June 24, 2013<br/>
Page 2

Thank you for your consideration of this request.

        Respectfully submitted,

        JACKSON LEWIS LLP

        Gerald C. Waters, Jr.

GCW/mjr

cc:    David E. Gottlieb, Esq., *Counsel for Plaintiffs* (via ECF & email)
       Jonathan M. Kozak, Esq., *Internal*

4843-6226-3060, v. 1