UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------x

MARIO GOMEZ-CRUZ, JORGE VASQUEZ and
ANGEL FLORES, on behalf of themselves and
on behalf of all other similarly-situated persons,

                    Plaintiffs,

v.

PANZNER DEMOLITION AND CONTRACTING
CORP., PANZNER DEMO & ABATEMENT
CORP., TODD PANZNER, in his official and
individual capacities, and KEITH PANZNER, in his
official and individual capacities,

                    Defendants.

------------------------------------------------------------x

Civil Action No.
2:13-CV-00766 (LDW)(GRB)



## PROPOSED REVISED SCHEDULING ORDER

| PREVIOUS DATE | DATE | DEADLINE |
|---|---|---|
| June 25, 2013 | July 12, 2013 | Plaintiffs' Motion for Confidential Certification |
| July 24, 2013 | August 11, 2013 | Defendants' Opposition Papers |
| August 9, 2013 | August 28, 2013 | Plaintiffs' Reply Papers |

SO ORDERED:

_____
Leonard D. Wexler
6/24/13