UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

MARIO GOMEZ-CRUZ, JORGE VASQUEZ
and ANGEL FLORES, on behalf of themselves
and on behalf of all other similarly-situated
persons,

                                      Plaintiffs,

-v-

PANZNER DEMOLITION AND CONTRACTING CORP., PANZNER DEMO & ABATEMENT CORP., TODD PANZNER, in his official and individual capacities, and KEITH PANZNER, in his official and individual capacities,

                                      Defendants

Civ. No.: 13-CV-0766 (LDW)(GRB)

**CONSENT TO JOIN FORM**

---------------------------------------------------------------x

I consent to be a party plaintiff in a lawsuit against Panzner Demolition and Contracting Corp., Panzner Demo & Abatement Corp., Todd Panzner, in his official and individual capacities, and Keith Panzner, in his official and individual capacities (collectively referred to as "Panzner"), in order to seek redress for alleged violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b). I hereby designate Thompson Wigdor LLP ("Plaintiffs' Counsel") to represent me in this lawsuit. I also hereby designate representative Plaintiffs Gomez-Cruz, Vasquez and Flores as my agents to make decisions on my behalf concerning the litigation and any settlement, including but not limited to the method and manner of conducting the lawsuit, entering into an agreement with Plaintiffs' Counsel concerning attorney's fees and costs and entering into a settlement agreement. I agree to be bound by any adjudication of this action by a court, whether it is favorable or unfavorable, and to be bound by any settlement entered into on my behalf by the representative Plaintiffs.

_[signature]_
Signature

Phillip Duncan
Print

631-482-2190
Telephone Number

bigsy699@gmail.com
Email

8/30/13
Date

50s Davis st.
Address

North Babylon, NY, 11703
City/State/Zip

To join this case, please mail, email or fax this form to: David E. Gottlieb, Esq. Thompson Wigdor LLP; 85 Fifth Avenue; New York, NY 10003; Phone: (212) 257-6800; Fax: (212) 257-6845; dgottlieb@thompsonwigdor.com