UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------X

MARIO GOMEZ-CRUZ, JORGE VASQUEZ and ANGEL FLORES, on behalf of themselves and on behalf of all other similarly-situated persons,

                               Plaintiffs,

-v-

PANZNER DEMOLITION AND CONTRACTING CORP., PANZNER DEMO & ABATEMENT CORP., TODD PANZNER, in his official and individual capacities, and KEITH PANZNER, in his official and individual capacities,

                               Defendants

------------------------------------------------------------X

Civ. No.: 13-CV-0766 (LDW)(GRB)

**CONSENT TO JOIN FORM**

I consent to be a party plaintiff in a lawsuit against Panzner Demolition and Contracting Corp., Panzner Demo & Abatement Corp., Todd Panzner, in his official and individual capacities, and Keith Panzner, in his official and individual capacities (collectively referred to as "Panzner"), in order to seek redress for alleged violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b). I hereby designate Thompson Wigdor LLP ("Plaintiffs' Counsel") to represent me in this lawsuit. I also hereby designate representative Plaintiffs Gomez-Cruz, Vasquez and Flores as my agents to make decisions on my behalf concerning the litigation and any settlement, including but not limited to the method and manner of conducting the lawsuit, entering into an agreement with Plaintiffs' Counsel concerning attorney's fees and costs and entering into a settlement agreement. I agree to be bound by any adjudication of this action by a court, whether it is favorable or unfavorable, and to be bound by any settlement entered into on my behalf by the representative Plaintiffs.

_[signature]_
Signature

JOSE A. CASTELLANOS
Print

(917) 440-1984
Telephone Number

_____
Email

09/05/13
Date

2266 ANDREWS AV APT 1A
Address

BRONX, NY 10468
City/State/Zip

To join this case, please mail, email or fax this form to: David E. Gottlieb, Esq. Thompson Wigdor LLP; 85 Fifth Avenue; New York, NY 10003; Phone: (212) 257-6800; Fax: (212) 257-6845; dgottlieb@thompsonwigdor.com