TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
DISTRITO ESTE DE NUEVA YORK

..................................................x

MARIO GOMEZ-CRUZ, JORGE VASQUEZ y
ANGEL FLORES, en nombre de ellos mismos y en
nombre y representación de todas las otras personas
en situación similar,

                                       Demandantes,

        -c.-                              Caso n.º: 13-CV-0766 (LDW)(GRB)

PANZNER DEMOLITION AND CONTRACTING   **FORMULARIO DE CONSENTIMIENTO**
CORP., PANZNER DEMO & ABATEMENT CORP.,   **DE ADHESIÓN**
TODD PANZNER, en su carácter personal y de directivo,
y KEITH PANZNER, en su carácter personal y de
directivo,

                                        Demandados

..................................................x

Doy mi consentimiento a ser una parte demandante en un litigio contra Panzner Demolition and Contracting Corp., Panzner Demo & Abatement Corp., Todd Panzner, en su carácter personal y de directivo, y Keith Panzner, en su carácter personal y de directivo (en conjunto, denominados "Panzner"), con el fin de solicitar reparación por las violaciones alegadas de la Ley de Estándares Laborales Justos (Fair labor Standards Act), conforme al artículo 216 (b) del título 29 del Código de los Estados Unidos (U.S.C.). Por medio del presente, nombro a Thompson Wigdor LLP ("Abogados de los Demandantes") para que me represente en este litigio. Por medio del presente también nombro a los Demandantes representantes Gomez-Cruz, Vasquez y Flores como mis representantes para que tomen decisiones en mi nombre y representación respecto al litigio y cualquier conciliación, incluido, a título enunciativo, el método y manera de dirigir el litigio, celebrar un contrato con los Abogados de los Demandantes respecto a los honorarios de los abogados y costas y celebrar un acuerdo de conciliación. Acepto quedar vinculado por cualquier resolución judicial de esta demanda dictada por un tribunal, ya sea favorable o desfavorable, y quedar vinculado por cualquier conciliación celebrada en mi nombre y representación por parte de los Demandantes representantes.

_[Firma]_
Firma

Juan Antonio Lopez
Nombre en letras de imprenta

(631) 575 1135
Número telefónico

_____
Correo electrónico

9/11/13
Fecha

2 Quail drive
Dirección

Brentwood, N.y. 11717
Ciudad/estado/código postal

**Para adherirse a este caso, sírvase enviar este formulario por correo postal, correo electrónico o fax a: David E. Gottlieb, abogado de Thompson Wigdor LLP; 85 Fifth Avenue; New York, NY 10003; Teléfono: (212) 257-6800;   Fax (212) 257-6845; <u>dgottlieb@thompsonwigdor.com</u>**