

**Thompson Wigdor LLP** ATTORNEYS AND COUNSELORS AT LAW

85 Fifth Avenue
New York, NY 10003
Tel 212.257.6800
Fax 212.257.6845
www.thompsonwigdor.com

**David E. Gottlieb**
dgottlieb@thompsonwigdor.com

September 27, 2013

**VIA ECF**

The Honorable Gary R. Brown
United States Magistrate Judge
United States Courthouse
100 Federal Plaza
P.O. Box 9014
Central Islip, New York 11722

      Re: Mario Gomez-Cruz, et al. v. Panzner Demolition and Contracting Corp., et al. Case No. 13-CV-766 (LDW) (GRB)

Dear Judge Brown:

We represent Plaintiffs in the above-referenced action and write jointly with Defendants to seek an adjournment of the upcoming discovery status conference from October 1, 2013 to November 4, 2013. In an attempt to streamline discovery, the parties are presently in negotiations regarding the parameters of targeted discovery responses aimed at resolution. If the parties are able to exchange all necessary targeted discovery materials before November 4th, we will contact the Court to respectfully request that the conference be converted to a settlement conference. In the alternative, the parties respectfully request that the Court convert the October 1st status conference to a teleconference.

Respectfully submitted,

David E. Gottlieb

cc: Gerald C. Waters, Jr., Esq. (via ECF & email)
   Jonathan M. Kozak, Esq. (via ECF & email)