# Exhibit B

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
MARIO GOMEZ-CRUZ, JORGE VASQUEZ and  :
ANGEL FLORES, on behalf of themselves and   :
on behalf of all other similarly-situated persons,   :
                                                                                    :
                                        Plaintiffs,             :
                                                                                    :   No.: 13-CV-0766 (GRB)
                        v.                                                 :
                                                                                    :
PANZNER DEMOLITION AND CONTRACTING   :
CORP., PANZNER DEMO & ABATEMENT       :
CORP., TODD PANZNER, in his official and       :
individual capacities, and KEITH PANZNER, in his  :
official and individual capacities,                            :
                                                                                    :
                                        Defendants.          :
------------------------------------------------------------------ x

# ELECTRONICALLY STORED INFORMATION PROTOCOL

Plaintiff and Defendants in the above-captioned matter, hereby agree to the following protocol for Defendants' search of electronically stored information ("ESI"):

**1.** **Custodians**. The parties have agreed that Defendants will conduct ESI searches for the following custodians for the period of February 11, 2006 to the present:

- Todd Panzner
- Keith Panzner
- Shannon Panzner
- Anthony Carrozzo
- Donald Hagendorf, Jr.
- Peter Conti
- Joseph Baier
- Karl Boland
- Christopher C. Diorio
- Samuel V. Gallino
- Michael Gentile
- Scott P. Hayden
- Mark Ingebretsen
- Christopher J. Matriciano
- Anthony Pace
- Todd Panzner, Jr.

1

- Tyler Panzner
- Natalia Santana
- Thomas L. Sciotto
- Jarobi Williams
- Toniann Esposito
- Maryann Panzner

Plaintiff reserves the right to request the inclusion of additional custodians as may be necessary during the course of discovery.

2.  **Items To Be Inspected**.  The parties have agreed that personal and corporate e-mail systems, network shares, and hard drives of the custodians that are available to Defendants, will be subject to the ESI searches.

3.  **Search Terms**.  The parties have agreed that the following search terms will be used in connection with the ESI searches:

| Custodian | Search Terms |
|---|---|
| Todd Panzner | Wage! |
| | Hour! |
| Keith Panzner | Contract! |
| | Work! |
| Shannon Panzner | Gomez |
| | Flores |
| Anthony Carrozzo | Vasquez |
| | Overtime |
| Donald Hagendorf, Jr. | "OT" |
| | "O.T." |
| Peter Conti | Forty |
| | 40 |
| Joseph Baier | Violation! |
| | Pay! |
| Karl Boland | Duties |
| | Schedule! |
| Christopher C. Diorio | Cash |
| | Breach! |
| Samuel V. Gallino | Fraud! |
| | Rate! |
| Michael Gentile | "New York Labor Law" |
| | NYLL |
| Scott P. Hayden | Expenses |
| | "Wage Statements" |
| Mark Ingebretsen | Investigation! |
| | FLSA |
| Christopher J. Matriciano | "Fair Labor Standards Act" |

2

| | |
|---|---|
| Anthony Pace<br><br>Todd Panzer, Jr.<br><br>Tyler Panzner<br><br>Natalia Santana<br><br>Thomas L. Sciotto<br><br>Jarobi Williams<br><br>Toniann Esposito<br><br>Maryann Panzner | Scrap Metal Law! |

4. **Form of Production**. Plaintiff specifies that any electronically stored information be produced as a Concordance load file (.txt or .dat extension) that used the Concordance default delimiters and yyyymmdd date format and contains the following fields:

>BEGNO Text 60
>ENDNO Text 60
>ATTACHBEGIN Text 60
>ATTACHEND Text 60
>SENTONDATE Date M
>RECEIVEDDATE Date M
>MODIFIEDDATE Date M
>CREATEDDATE Date M
>AUTHOR Paragraph 16
>TO Paragraph 16
>CC Paragraph 16
>BCC Paragraph 16
>SUBJECT Paragraph 16
>TITLE
>FULL TEXT

The Concordance load file should be (i) logically unitized (unless generated from EDD processing), (ii) produced with corresponding single page .tiff images, and (iii) produced with corresponding Opticon log file Iprop ifp.

5. **Timing of Production**. Defendants shall produce all ESI pursuant to the criteria set forth herein, on or before_____.

3

Dated: January __, 2014          Dated: January __, 2014
      New York, NY                    White Plains, NY

WIGDOR LLP                        JACKSON LEWIS P.C.


By: _____    By: _____
    David E. Gottlieb                Jonathan Kozak
    Christopher R. Lepore            Gerald Waters


85 Fifth Avenue                   One North Broadway, 15th Floor
New York, NY 10003                White Plains, NY 10601
Telephone: (212) 257-6800         Telephone: (914) 328-0404
dgottlieb@wigdorlaw.com           kozakj@jacksonlewis.com
clepore@wigdorlaw.com             gerald.waters@jacksonlewis.com

*Attorneys for Plaintiffs*         *Attorneys for Defendants*


SO ORDERED this ____ day of _____, 2014

Central Islip, New York


                                                                                                     The Honorable Gary R. Brown
                                                                                                     United States Magistrate Judge