# WIGDOR LLP

ATTORNEYS AND COUNSELORS AT LAW

85 FIFTH AVENUE
NEW YORK, NY 10003
TEL 212.257.6800
FAX 212.257.6845
WWW.WIGDORLAW.COM

**Christopher R. Lepore**
clepore@wigdorlaw.com

August 15, 2014

**VIA ECF**

The Honorable Gary R. Brown
Eastern District of New York
944 Federal Plaza
Central Islip, NY 11722

    Re:    <u>Gomez-Cruz, et al. v. Panzner Demolition and Contracting Corp., et al.</u>
             <u>No. 13-CV-0766 (GRB)</u>

Dear Judge Brown:

We represent Plaintiffs Mario Gomez-Cruz, Jorge Vasquez, Angel Flores and 13 other former employees of Defendants (collectively, "Plaintiffs") and submit this letter jointly with Defendants to respectfully request an extension of today's August 15, 2014 deadline to file a stipulation of discontinuance in this action set by this Court's Order on July 14, 2014. The Parties have been working diligently to reach terms on a final settlement agreement (the "Agreement") and expect to have a fully executed agreement by August 29, 2014. We need additional time in part due to the fact that we will need to meet with 16 individuals in various locations across Long Island to finalize and fully execute the Agreement.

Moreover, because the Agreement includes a release of claims under the Fair Labor Standards Act ("FLSA"), the Parties will be seeking Court approval of the Agreement to ensure that such release is valid and enforceable. Accordingly, the Parties respectfully request that this Court extend the Parties' time to file a stipulation of discontinuance until after this Court has rendered a decision with respect to approval of the Agreement and following the effectuation of the settlement payments as set forth in the Agreement.

**WIGDOR LLP**
ATTORNEYS AND COUNSELORS AT LAW

Judge Gary R. Brown
August 15, 2014
Page 2

We are at the Court's disposal should Your Honor require any additional information.

Respectfully submitted,

Christopher R. Lepore

cc: Eric Su, Esq.
   Michael Yim, Esq.