# WIGDOR LLP
ATTORNEYS AND COUNSELORS AT LAW

85 FIFTH AVENUE
NEW YORK, NY 10003
TEL 212.257.6800
FAX 212.257.6845
WWW.WIGDORLAW.COM

**David E. Gottlieb**
dgottlieb@wigdorlaw.com

November 11, 2014

<u>VIA ECF</u>

The Honorable Gary R. Brown
Eastern District of New York
944 Federal Plaza
Central Islip, NY 11722

      Re:    <u>Gomez-Cruz, *et al*. v. Panzner Demolition and Contracting Corp., *et al*.
               No. 13-CV-0766 (GRB)</u>

Dear Judge Brown:

We represent Plaintiffs in the above-referenced action and write this letter with Defendants' consent. On August 26, 2014, this matter was resolved on behalf of 16 individuals (not on a class basis). Given that claims under the Fair Labor Standards Act ("FLSA") had been asserted, a joint letter seeking Court approval of the settlement was filed on August 29, 2014. <u>See</u> Dkt. No. 68. The terms of the settlement require payment by November 10, 2014 (yesterday), or 10 days after the Court grants approval, whichever is earlier. As Your Honor may recall, Plaintiffs are concerned that any delay in effectuating the settlement may put the payments in jeopardy. Therefore, and although we are certainly aware that the Court has an extensive docket, we respectfully request that the parties' joint motion for settlement approval be granted so we can fully resolve and dismiss this action. We thank You Honor for your consideration of this matter.

Respectfully submitted,

David E. Gottlieb

cc:    Eric Su, Esq.
        Michael Yim, Esq.